# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GREG J. CARABALLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2471

_____

June 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Brooke Elvington, Dunedin, for Appellant.


PER CURIAM.

Affirmed.

NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.